IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DOROTHY RAY, individually, and on
behalf of all others similarly situated,**

**Plaintiff,**

**v.**

**SANOFI-AVENTIS, U.S., LLC, et al.,**

**Defendant.**                                                                          No. 08-612-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Plaintiff's notice of voluntary dismissal (Doc. 84). Specifically, Plaintiff Dorothy Ray wishes to dismiss without prejudice her claim against Defendant Sanofi-Aventis. The Court **ACKNOWLEDGES** the dismissal and **DISMISSES without prejudice** Plaintiff's cause of action against Defendants. All other motions are deemed moot. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 15th day of September, 2009.

/s/     David R Herndon
**Chief Judge
United States District Court**